UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darol Nikole Tims** **Docket No. 7:26-MJ-1017-1**

**Petition for Action on Probation**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darol Nikole Tims, who, upon an earlier plea of guilty to Assault of an Individual Who Had Not Yet Obtained the Age of 16 Years, in violation of 18U.S.C.§113(a)(5), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 11, 2026, to 12 months probation under the conditions adopted by the court.

On July 7, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court. Additionally, the court was notified of a positive urinalysis provided by the defendant on July 2, 2026. Supervision was modified to include participation in the drug aftercare program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing on June 11, 2026, the court ordered that Tims pay a $25 special assessment and $404.48 restitution and that this amount was to be paid by August 10, 2026. To date, no payments have been made on the case. On August 11, 2026, during an office appointment, Tims was confronted with this information. Tims admitted that she and her husband have been having financial difficulties and that she would not be able to make the payment in full, as ordered. Therefore, it is respectfully recommended that her repayment amount be reduced to $50 per month, beginning on September 1, 2026, until paid in full.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall pay installments of $50 per month beginning on September 1, 2026, and each month thereafter, until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: August 11, 2026

## ORDER OF THE COURT

Considered and ordered this 11th day of August, 2026, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge